SO. CAL EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Avenue, Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorney for Plaintiff,
COLTON BRYANT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>    Plaintiff,<br><br>vs.<br><br>PLANET PAGER INC. D/B/A WIRELESS PLANET; CONDON PROPERTIES, LLC; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:24-cv-00325-RGK (MAAx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff COLTON BRYANT ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

  Additionally, in light of recent settlement, Plaintiff requests the Court to retain jurisdiction for Plaintiff to dismiss the entire action <u>with</u> prejudice for thirty (30) days up until April 10, 2024.

DATED: March 11, 2024    SO. CAL EQUAL ACCESS GROUP

            */s/ Jason J. Kim*
            JASON J. KIM
            Attorney for Plaintiff