JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>            Plaintiff,<br><br>     vs.<br><br>PLANET PAGER INC. D/B/A WIRELESS PLANET; CONDON PROPERTIES, LLC; and DOES 1 to 10,<br><br>            Defendants. | Case No.: 2:24-cv-00325-RGK (MAAx)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION<br><br>[17] |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until April 10, 2024.

SO ORDERED.

DATED: 3/11/2024

*Gary Klausner*

United States District Court Judge

---

[PROPOSED] ORDER